**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  FPMC Austin Realty Partners, LP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 0 – 0 8 0 2 6 8 1

4. **Debtor's address**

   **Principal place of business**

   1201 W. Louis Henna Blvd
   Number    Street

   Austin          TX    78728
   City           State  ZIP Code

   Williamson
   County

   **Mailing address, if different from principal place of business**

   3030 Olive Street, Suite 220
   Number    Street

   P.O. Box

   Dallas          TX    75219
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **FPMC Austin Realty Partners, LP** _____  Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11.  *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
          District _____ When _____ Case number _____
                                          MM / DD / YYYY
          District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor **FPMC Austin Realty Partners, LP** _____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____  Relationship _____
District _____  When _____
                                   MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____
                                   MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                   Number   Street
_____
_____  _____  _____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **FPMC Austin Realty Partners, LP**            Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/04/2016**
MM / DD / YYYY

X **/s/ Mary Hatcher, Manager**          **Mary Hatcher, Manager**
Signature of authorized representative of debtor     Printed name

Title **NRG Austin Dev. LLC, Its General Partner**

**18. Signature of attorney**

X **/s/ Raymond W. Battaglia**          Date **01/04/2016**
Signature of Attorney for Debtor              MM / DD / YYYY

**Raymond W. Battaglia**
Printed name
**Law Offices of Ray Battaglia, PLLC**
Firm Name
**66 Granburg Circle**
Number    Street

**San Antonio**                    **TX**    **78218**
City                          State   ZIP Code

Contact phone **(210) 601-9405**   Email address **rbattaglialaw@outlook.com**

**01918055**
Bar number                          State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FPMC Austin Realty Partners, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AP GULF STATES, Inc. dba Adolfson & Pete 1600 N Collins Blvd. STE 2000 Richardson, TX 75080-3666 | | Purchase Money | | | | $217,631.90 |
| 2 | Neal Richards Group, LLC 3030 Olive Street Suite 220, Dallas, TX 75219-7639 | | Purchase Money | | | | $167,542.78 |
| 3 | NRG Brokerage, LLC 3030 Olive Street Suite 220, Dallas, TX 75219-7639 | | Purchase Money | | | | $82,633.00 |
| 4 | City of Austin Utilities P.O. Box 2267 Austin, TX 78783-2267 | | Purchase Money | | | | $14,609.85 |
| 5 | Cirro Energy PO Box 2229 Houston, TX 77252 | | Purchase Money | | | | $9,908.33 |
| 6 | Clean Scapes LP P.O. Box 203070 Austin, TX 78720-3070 | | Purchase Money | | | | $6,078.02 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 1

Debtor **FPMC Austin Realty Partners, LP**    Case number (if known) _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Chubb & Son a Division of Federal Insurance Company 15 Mountain View Rd Warren NJ 07069 | | Purchase Money | | | | $5,048.00 |
| 8  Andeler Corporation PO BOX 204365 Dallas , TX 75320 | | Purchase Money | | | | $4,551.73 |
| 9  LaFrontera POA c/o Granite Properties of Texas 808 W 10th Street Austin, TX 78701 | | Purchase Money | | | | $4,500.00 |
| 10 Commercial Protective Services, Inc. 436 West Walnut St. Gardena, CA 90248 | | Purchase Money | | | | $2,800.00 |
| 11 Bryant Burton Kupcunas 3200 Main Street Suite 13 Dallas, TX 75226 | | Purchase Money | | | | $52.93 |
| 12 Williamson County Tax Office 904 S. Main Street Georgetown, TX 78626 | | Taxes | | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **FPMC Austin Realty Partners, LP**                    CASE NO

                                                                CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/4/2016                              Signature  /s/ **Mary Hatcher, Manager**
                                                       *Mary Hatcher, Manager*
                                                       *NRG Austin Dev. LLC, Its General Partner*

Date _____                    Signature _____

Andeler Corporation
PO BOX 204365
Dallas , TX 75320


AP GULF STATES, Inc. dba Adolfson & Pete
1600 N Collins Blvd. STE 2000
Richardson, TX 75080-3666


Bryant Burton Kupcunas
3200 Main Street Suite 13
Dallas, TX 75226


Charled F. Baum
Quilling, Selander, Lownds,
Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Chubb & Son
a Division of Federal Insurance Company
15 Mountain View Rd
Warren NJ 07069


Cirro Energy
PO Box 2229
Houston, TX 77252


City of Austin Utilities
P.O. Box 2267
Austin, TX 78783-2267


Clean Scapes LP
P.O. Box 203070
Austin, TX 78720-3070


Commercial Protective Services, Inc.
436 West Walnut St.
Gardena, CA 90248

```
Frost Bank
100 West Houston St
San Antonio, TX 78205


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


LaFrontera POA
c/o Granite Properties of Texas
808 W 10th Street
Austin, TX 78701


Neal Richards Group, LLC
3030 Olive Street Suite 220,
Dallas, TX 75219-7639


NRG Brokerage, LLC
3030 Olive Street Suite 220,
Dallas, TX 75219-7639


Williamson County Tax Office
904 S. Main Street
Georgetown, TX 78626
```