Michael J. Quilling
State Bar No 16432300
Linda S. LaRue
State Bar No. 24046269
Timothy A. York
State Bar No. 24035719
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

ATTORNEYS FOR FROST BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FPMC AUSTIN REALTY | § | CASE NO. 16-10020 |
| PARTNERS, LP | § | |
| Debtor | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND OTHER PAPERS**

Frost Bank ("Frost") a secured creditor in the above referenced bankruptcy case, by and through its attorneys, Quilling, Selander, Lownds, Winslett, & Moser, P.C., in accordance with Fed. R. Bankr. P. 9010, appear in this bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Frost requests that all notices, motions, pleadings, orders, applications, petitions, requests, complaints, and other papers filed, served, or entered in this case (formal or informal, written or oral, transmitted or conveyed by mail, courier, service, telephone, facsimile transmission, telegraph, telex, or otherwise) be served upon the undersigned at the following address:

> Michael J. Quilling
> Linda S. LaRue
> Timothy A. York
> Quilling Selander Lownds, Winslett & Moser, P.C.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS – PAGE** 1

2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile
mquilling@qslwm.com
llarue@qslwm.com
tyork@qslwm.com

This Notice of Appearance and Request for Services of Notices and Other Papers shall not be deemed or construed to be a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which Frost may be entitled, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Frost expressly reserves, including, without limitation, the rights (i) to have final orders in non-core matters entered only after de novo review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdraw.

Respectfully submitted,

*/s/ Timothy A. York*
Michael J. Quilling
State Bar No 16432300
Linda S. LaRue
State Bar No. 24046269
Timothy A. York
State Bar No. 24035719
Quilling Selander Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
 214) 871-2111 – Facsimile
llarue@qslwm.com
tyork@qslwm.com

ATTORNEYS FOR FROST BANK

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served via ECF to those parties receiving electronic notice on January 5, 2016.

                                              */s/ Timothy A. York*
                                               Timothy A. York