IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 16-10020-TMD |
| FPMC AUSTIN REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

## AMENDED MATRIX (ADDED CREDITORS)

Pursuant to Bankruptcy Rule 1009 and Local Rule 1009, Debtor amends it mailing list of creditors and certifies that it is complete and correct.

Respectfully submitted January 24, 2016

>THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
>66 Granburg Circle
>San Antonio, Texas 78218
>Telephone (210) 601-9405
>Email: rbattaglialaw@outlook.com

>By: /s/ Raymond W. Battaglia
>    Raymond W. Battaglia
>    Texas Bar No. 01918055

>ATTORNEYS FOR FPMC AUSTIN REALTY
>PARTNERS, LP

**ADDED**

AT&T
PO Box 5001
Carol Stream, IL 60197

Atmos Energy
PO Box 79031
St Louis, MO 63179-0311

Clinic 21 of Collin County, PLLC
4535 Dressler Road NW
Canton, OH 44718

Debra M. Hunt, CTA
Tax Assessor Collector
Williamson County
904 S. Main Street
Georgetown, TX 78626

Forest Park Medical Center at Austin
12222 N. Central Expressway,
Suite 400
Dallas, TX 75243

Protection Systems
2404 Arbuckle Court
Dallas, Texas 75299

Richard F. Toussaint, MD
3712 Euclid Ave
Dallas, TX 75205

Wade N. Barker, MD
3509 Euclid Ave.
Dallas, TX 75205