Fill in this information to identify the case

| | |
|---|---|
| Debtor name | **FPMC Austin Realty Partners, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10020** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2.  **Cash on hand**
_____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Forst Bank- Operating account | Checking account | 8 5 7 1 | $169.74 |
| 3.2. | Frost Bank- MOB account | Checking account | 9 3 5 7 | $2,040.90 |
| 3.3. | Forst Bank- MOB Security Dep. Account | Checking account | 9 1 9 5 | $2,693.53 |
| 3.4. | Prosperity Bank- Operating account | Checking account | 6 5 6 4 | $5,721.35 |

4.  **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

_____

_____

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$10,625.52** |

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

**7.**   Deposits, including security deposits and utility deposits

Current value of debtor's interest

Description, including name of holder of deposit

_____   _____

_____   _____

**8.**   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

_____   _____

_____   _____

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3:   Accounts receivable

**10.**   Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

**11.**   Accounts receivable

Current value of debtor's interest

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$1,920,502.20** | – | **$0.00** | = ............. ➔ | **$1,920,502.20** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$1,920,502.20** |

## Part 4:   Investments

**13.**   Does the debtor own any investments?

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** Mutual funds or publicly traded stocks not included in Part 1 | | |
| Name of fund or stock: | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| **15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture | | |
| Name of entity:     % of ownership: | | |
| _____   _____ | _____ | _____ |
| _____   _____ | _____ | _____ |
| **16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1 | | |
| Describe: | | |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

_____  MM / DD / YYYY  _____  _____  _____

20. **Work in progress**

_____  MM / DD / YYYY  _____  _____  _____

21. **Finished goods, including goods held for resale**

_____  MM / DD / YYYY  _____  _____  _____

22. **Other inventory or supplies**

_____  MM / DD / YYYY  _____  _____  _____

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops--either planted or harvested**

_____  _____  _____  _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____  _____  _____  _____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____  _____  _____  _____

31. **Farm and fishing supplies, chemicals, and feed**

_____  _____  _____  _____

32. Other farming and fishing-related property not already listed in Part 6

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    | $0.00 |

34. Is the debtor a member of an agricultural cooperative?
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ☑ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

Part 7:   **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- | --- |

39. Office furniture

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | $0.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☑ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

_____   _____   _____   _____

_____   _____   _____   _____

49. **Aircraft and accessories**

_____   _____   _____   _____

_____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____   _____   _____   _____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1.** 201 W LOUIS HENNA BLVD, AUSTIN,<br>TX 78728<br>**Real property and improvements<br>located at:<br>201 W LOUIS HENNA BLVD, AUSTIN,<br>TX 78728** | Fee Simple | $89,156,653.53 | Purchase Offer Re | $104,000,000.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.　　　**$104,000,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.　　　**$0.00**

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.   Go to Part 12.
   ☐ Yes.   Fill in the information below.

 

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ **–** _____ **=** ➡ _____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____
_____   Tax year _____   _____
_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

   **Nature of claim**    _____
   **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

   **Nature of claim**    _____
   **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   _____
_____   _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

                                       **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,625.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,920,502.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................. ➔ | | $104,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | $1,931,127.72 | + 91b. $104,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................................... $105,931,127.72

**Fill in this information to identify the case:**

Debtor name __FPMC Austin Realty Partners, LP__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number __16-10020__
(if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑   Yes.  Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

| Creditor's name<br>**Frost Bank** | Describe debtor's property that is subject to a lien | $57,577,111.00 | $104,000,000.00 |
|---|---|---|---|

Creditor's mailing address
**100 West Houston St**

_____

_____

__San Antonio          TX    78205__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number         ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑   No

☐   Yes.  Specify each creditor, including this
creditor, and its relative priority.

**Real property and improvements located at:**

**Describe the lien**
**Agreement**

_____

**Is the creditor an insider or related party?**
☑   No
☐   Yes

**Is anyone else liable on this claim?**
☐   No
☑   Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐   Contingent
☑   Unliquidated
☐   Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $57,577,111.00

Debtor  FPMC Austin Realty Partners, LP          Case number (if known) 16-10020

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Charles F. Baum<br>Quilling, Selander, Lownds,<br>Winslett & Moser, PC<br>2001 Bryan Street, Suite 1800<br>Dallas                    TX      75201 | Line  2.1 | ___ ___ ___ ___ |

| Debtor | **FPMC Austin Realty Partners, LP** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10020** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.
   ☑ Yes.  Go to line 2.

2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $867,063.17 | $867,063.17 |

**Debra M. Hunt, CTA**

**Tax Assessor Collector**

**Williamson County**

☐ Contingent
☐ Unliquidated
☐ Disputed

904 S. Main Street

Basis for the claim:

| Georgetown | TX | 78626 |
|---|---|---|

**Taxes**

Date or dates debt was incurred

2015

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account
number    5    5    4    5

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    8    )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** Nonpriority creditor's name and mailing address

Andeler Corporation

PO BOX 204365

Dallas                    TX      75320

Date or dates debt was incurred        2015

Last 4 digits of account number       5   3   6   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,551.73**

---

**3.2** Nonpriority creditor's name and mailing address

AP GULF STATES, Inc.

dba Adolfson & Peterson Construction

1600 N Collins Blvd. STE 2000

Richardson              TX      75080-3666

Date or dates debt was incurred        2015

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$217,631.90**

---

**3.3** Nonpriority creditor's name and mailing address

AT&T

PO Box 5001

Carol Stream            IL      60197

Date or dates debt was incurred        

Last 4 digits of account number       3   9   6   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,931.87**

---

**3.4** Nonpriority creditor's name and mailing address

AT&T

PO Box 5001

Carol Stream            IL      60197

Date or dates debt was incurred        2015

Last 4 digits of account number       4   3   1   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset?
☑ No
☐ Yes

**$415.28**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

Atmos Energy

PO Box 79031

St Louis                    MO      63179-0311

Date or dates debt was incurred      12/22/2015

Last 4 digits of account number      9   6   5   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade

Is the claim subject to offset?
☑ No
☐ Yes

$210.66

**3.6** Nonpriority creditor's name and mailing address

Bryant Burton Kupcunas

3200 Main Street Suite 13

Dallas                    TX      75226

Date or dates debt was incurred      2015

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade

Is the claim subject to offset?
☑ No
☐ Yes

$52.93

**3.7** Nonpriority creditor's name and mailing address

Chubb & Son

a Division of Federal Insurance Company

15 Mountain View Rd

Warren                    NJ      07069

Date or dates debt was incurred      2015

Last 4 digits of account number      0   0   1   c

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade

Is the claim subject to offset?
☑ No
☐ Yes

$5,048.00

**3.8** Nonpriority creditor's name and mailing address

Cirro Energy

PO Box 2229

Houston                    TX      77252

Date or dates debt was incurred      2015

Last 4 digits of account number      2   0   6   0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade

Is the claim subject to offset?
☑ No
☐ Yes

$9,908.33

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address

City of Austin Utilities

P.O. Box 2267

Austin     TX    78783-2267

Date or dates debt was incurred    2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Is the claim subject to offset?
☑ No
☐ Yes

$14,609.85

---

**3.10**   Nonpriority creditor's name and mailing address

Clean Scapes LP

P.O. Box 203070

Austin     TX    78720-3070

Date or dates debt was incurred    2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Is the claim subject to offset?
☑ No
☐ Yes

$6,078.02

---

**3.11**   Nonpriority creditor's name and mailing address

Commercial Protective Services, Inc.

436 West Walnut St.

Gardena     CA    90248

Date or dates debt was incurred    2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Is the claim subject to offset?
☑ No
☐ Yes

$2,800.00

---

**3.12**   Nonpriority creditor's name and mailing address

LaFrontera POA

c/o Granite Properties of Texas

808 W 10th Street

Austin     TX    78701

Date or dates debt was incurred    2015

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$518,552.14

**Neal Richards Group, LLC**

☐ Contingent

**3030 Olive Street Suite 220,**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Dallas          TX    75219-7639

Trade

Date or dates debt was incurred    2015

**Is the claim subject to offset?**

Last 4 digits of account number    ___  ___  ___  ___

☑ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$82,633.00

**NRG Brokerage, LLC**

☐ Contingent

**3030 Olive Street Suite 220,**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Dallas          TX    75219-7639

Trade

Date or dates debt was incurred    2015

**Is the claim subject to offset?**

Last 4 digits of account number    ___  ___  ___  ___

☑ No
☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Internal Revenue Service**

**P.O. Box 7346**

Line _____

☑ Not listed.  Explain:

**Notice Only**

___  ___  ___  ___

**Philadelphia         PA       19101-7346**

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $867,063.17 |
| 5b. | **Total claims from Part 2** | 5b. + $868,923.71 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $1,735,986.88 |

| | |
|---|---|
| Debtor name | **FPMC Austin Realty Partners, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10020**　　Chapter　**11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MOB and Garage Electricity | Cirro Energy |
|---|---|---|---|
| | | | PO Box 2229 |
| | State the term remaining | 7 Months | Houston　　　TX　　77252 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lanscaping and Grounds Maintenance of Hospital and MOB | Clean Scapes LP |
|---|---|---|---|
| | | | P.O. Box 203070 |
| | State the term remaining | 9 months | Austin　　　TX　　78720-3070 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Medical Office Building Lease | Clinic 21 of Collin County, PLLC |
|---|---|---|---|
| | | | 4535 Dressler Road NW |
| | State the term remaining | 120m from substantial complete | Canton　　　OH　　44718 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Hospital Lease Contract is in DEFAULT | Forest Park Medical Center at Austin, LL |
|---|---|---|---|
| | | | 12222 N. Central Expressway |
| | | | Suite 400 |
| | State the term remaining | 238 payment(s) | Dallas　　　TX　　75243 |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest    **Medical Office Building Lease**

Forest Park Medical Center at Austin, LL

12222 N. Central Expressway

Suite 400

Dallas       TX     75243

State the term remaining    120m from substantial complete

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest    **Alarm Monitoring for MOB**

Protection Systems

2404 Arbuckle Court

Dallas       TX     75299

State the term remaining    6 months

List the contract number of any government contract

| | |
|---|---|
| Debtor name | **FPMC Austin Realty Partners, LP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-10020** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:  Codebtor* | | *Column 2:  Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1  Richard F. Toussaint, MD** | **3712 Euclid Ave** <br> Number   Street <br><br> **Dallas**   **TX**   **75205** <br> City   State   ZIP Code | **Frost Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2  Wade N. Barker, MD** | **3509 Euclid Ave.** <br> Number   Street <br><br> **Dallas**   **TX**   **75205** <br> City   State   ZIP Code | **Frost Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

| | |
|---|---|
| Debtor Name **FPMC Austin Realty Partners, LP** | |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): **16-10020** | ☐ Check if this is an amended filing |

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B................................................................................................ | **$104,000,000.00** |

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................................. | **$1,931,127.72** |

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B................................................................................................ | **$105,931,127.72** |

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. | **$57,577,111.00** |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................. | **$867,063.17** |

   3b.  **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................... | + **$868,923.71** |

4.  **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................................................ | **$59,313,097.88** |

Fill in this information to identify the case and this filing:

Debtor Name    **FPMC Austin Realty Partners, LP**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **16-10020**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/25/2016__    X _____
     MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Mary Hatcher, Manager**
Printed name

**NRG Austin Dev. LLC, Its General Partner**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **FPMC Austin Realty Partners, LP**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-10020**
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.    **Gross revenue from business**

☑ None

2.    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **AP GULF STATES, Inc.**<br>Creditor's name<br>**dba Adolfson & Peterson Construction**<br>Number    Street<br>**1600 N Collins Blvd. STE 2000**<br><br>**Richardson**       **TX**    **75080-3666**<br>City            State    ZIP Code | 11/12/2015 | $136,682.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | **Alliant Insurance Services, Inc.**<br>Creditor's name<br>**5151 Beltline Road, Suite 605**<br>Number    Street<br><br>**Dallas,**       **TX**    **75254**<br>City            State    ZIP Code | 11/05/2015 | $53,850.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.3. | **Cirro Energy**<br>Creditor's name<br>**PO Box 2229**<br>Number    Street<br><br>**Houston**       **TX**    **77252**<br>City            State    ZIP Code | 12/22/2015 | $9,676.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| | | | |
|---|---|---|---|
| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |

3.4.
**City of Austin Utilities**
Creditor's name
**P.O. Box 2267**
Number     Street

**Austin          TX     78783-2267**
City              State   ZIP Code

Dates: **10/05/2015**

Total amount or value: **$12,083.45**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

Creditor's name and address

3.5.
**City of Austin Utilities**
Creditor's name
**P.O. Box 2267**
Number     Street

**Austin          TX     78783-2267**
City              State   ZIP Code

Dates: **11/25/2015**

Total amount or value: **$6,334.54**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

Creditor's name and address

3.6.
**Diamond McCarthy, LLP**
Creditor's name
**1201 Elm #3400**
Number     Street

**Dallas,          TX     75270**
City              State   ZIP Code

Dates: **12/05/2015**

Total amount or value: **$10,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

Creditor's name and address

3.7.
**DMI Technologies**
Creditor's name
**14900 Grand River Rd., STE 100**
Number     Street

**Ft. Worth          Tx     76155**
City              State   ZIP Code

Dates: **11/12/2015**

Total amount or value: **$38,895.42**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

Creditor's name and address

3.8.
**Frost Bank**
Creditor's name
**100 West Houston St.**
Number     Street

**San Antonio          Tx     78205**
City              State   ZIP Code

Dates: **10/05/2015**

Total amount or value: **$519,772.47**

Reasons for payment or transfer
*Check all that apply*
☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

Creditor's name and address

3.9.
**Frost Bank**
Creditor's name
**100 West Houston St**
Number     Street

**San Antonio          TX     78205**
City              State   ZIP Code

Dates: **11/12/2015**

Total amount or value: **$187,424.95**

Reasons for payment or transfer
*Check all that apply*
☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

Creditor's name and address

3.10.
**Neal Richards Group, LLC**
Creditor's name
**3030 Olive Street Suite 220,**
Number     Street

**Dallas          TX     75219-7639**
City              State   ZIP Code

Dates: **10/15/2015**

Total amount or value: **$15,338.23**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**3.11.** Creditor's name and address

**Neal Richards Group, LLC**
Creditor's name

**3030 Olive Street Suite 220,**
Number    Street

**Dallas**      **TX**    **75219-7639**
City      State    ZIP Code

Dates    **11/04/2015**

Total amount or value    **$3,236.47**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

**3.12.** Creditor's name and address

**Neal Richards Group, LLC**
Creditor's name

**3030 Olive Street Suite 220,**
Number    Street

**Dallas**      **TX**    **75219-7639**
City      State    ZIP Code

Dates    **11/18/2015**

Total amount or value    **$21,795.25**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.13.** Creditor's name and address

**Neal Richards Group, LLC**
Creditor's name

**3030 Olive Street Suite 220,**
Number    Street

**Dallas**      **TX**    **75219-7639**
City      State    ZIP Code

Dates    **12/30/2015**

Total amount or value    **$2,127.86**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.14.** Creditor's name and address

**PageSoutherlandPage, L.L.P.**
Creditor's name

**1800 Main Street STE 123**
Number    Street

**Dallas**      **Tx**    **75201**
City      State    ZIP Code

Dates    **11/13/2015**

Total amount or value    **$22,942.01**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☑ Services
☐ Other _____

---

**3.15.** Creditor's name and address

**Steris Corp.**
Creditor's name

**5960 Heisley Road**
Number    Street

**Mentor**      **Oh**    **44060**
City      State    ZIP Code

Dates    **11/03/2015**

Total amount or value    **$100,000.00**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Payment to Retain Ten**

---

**3.16.** Creditor's name and address

**Xpedx**
Creditor's name

**PO Box 677319**
Number    Street

**Dallas**      **Tx**    **75267-7319**
City      State    ZIP Code

Dates    **10/09/2015**

Total amount or value    **$6,763.63**

Reasons for payment or transfer
*Check all that apply*

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☑ Services
☐ Other _____

---

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 04/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Neal Richards Group, LLC**<br>Insider's name<br>**3030 Olive Street Suite 220,**<br>Number   Street | 01/13/2015 | $200,779.91 | **PM/Development Fee & Reimburseables Inv-09115-13 and Legal time** |
| | **Dallas**     **TX**    **75219-7639**<br>City        State    ZIP Code | | | |
| | Relationship to debtor<br>**Managing Member of GP of Debtor** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Neal Richards Group, LLC**<br>Insider's name<br>**3030 Olive Street Suite 220,**<br>Number   Street | 01/30/2015 | $184,279.91 | **PM/Development Fee & Reimburseables Inv-09115-14** |
| | **Dallas**     **TX**    **75219-7639**<br>City        State    ZIP Code | | | |
| | Relationship to debtor<br>**Managing Member of GP of Debtor** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Neal Richards Group, LLC**<br>Insider's name<br>**3030 Olive Street Suite 220,**<br>Number   Street | 02/24/2015 | $184,279.91 | **PM/Development Fee & Reimburseables Inv-09115-14** |
| | **Dallas**     **TX**    **75219-7639**<br>City        State    ZIP Code | | | |
| | Relationship to debtor<br>**Managing Member of GP of Debtor** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.4. | **Neal Richards Group, LLC**<br>Insider's name<br>**3030 Olive Street Suite 220,**<br>Number   Street | 04/09/2015 | $184,279.91 | **PM/Development Fee & Reimburseables Inv-09115-14** |
| | **Dallas**     **TX**    **75219-7639**<br>City        State    ZIP Code | | | |
| | Relationship to debtor<br>**Managing Member of GP of Debtor** | | | |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.   Neal Richards Group, LLC | 05/14/2015 | $184,279.91 | PM/Development Fee & Reimburseables Inv-09115-14 |

Insider's name

**3030 Olive Street Suite 220,**
Number     Street

**Dallas**      **TX**     **75219-7639**
City          State     ZIP Code

Relationship to debtor

**Managing Member of GP of Debtor**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.   Neal Richards Group, LLC | 08/28/2015 | $556,639.73 | PM/Development Fee & Reimburseable Invoices 09115-18,19,& 20 |

Insider's name

**3030 Olive Street Suite 220,**
Number     Street

**Dallas**      **TX**     **75219-7639**
City          State     ZIP Code

Relationship to debtor

**Managing Member of GP of Debtor**

5.   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

6.   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **FPMC Austin Realty Partners, LP** | Case number (if known) | **16-10020** |
|---|---|---|---|

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.

☑ None

| Part 5: | **Certain Losses** |
|---|---|

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11.   Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Ray Battaglia, PLLC** | | 1/3/2016 | **$90,000.00** |

Address

**66 Granburg Circle**
Number       Street

**San Antonio       TX       78218**
City              State     ZIP Code

Email or website address

Who made the payment, if not debtor?
**NRG Austin Development Group, LLC**

12.   Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. Has the debtor notified any govermental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | **Neal Richards Group, LLC** <br> Name <br> **3030 Olive Street Suite 220,** <br> Street | | From **09/01/2014** To **Present** |
| | **Dallas** <br> City | **TX** <br> State | **75219-7639** <br> ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | **Gary Ellis** <br> Name <br> **12222 N. Central Expressway Suite 400** <br> Street | | From **2013** To **9/2014** |
| | **Dallas** <br> City | **Tx** <br> State | **75243** <br> ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.3. | **CPWR, LLP** <br> Name <br> **Liberty Plaza ll** <br> Street <br> **5057 Keller Springs Rd Suite 425** | | From **2013** To **2015** |
| | **Addison,** <br> City | **Tx** <br> State | **75001** <br> ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **Neal Richards Group, LLC** <br> Name <br> **3030 Olive Street Suite 220,** <br> Street | | |
| | **Dallas** <br> City | **TX** <br> State | **75219-7639** <br> ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐  None

**Name and address**

26d.1.  **See Exhibit 26(d)**
_____
Name
_____
Street
_____
_____
City                              State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No.
☐  Yes.  Give the details about the two most recent inventories.

**28.**  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Neal Richards Gruop Austin Dev | 3030 Olive Street, Ste 220<br>Dallas, Tx 75219 | General Partner | |
| David Genecov, MD | 11970 N. Central Expressway,<br>Suite 27<br>Dallas, Tx 75243 | Manager | |
| Robert Wyatt, MD | 3534 Caruth Blvd.<br>Dallas, Tx 75225 | Manager | |
| Todd A. Furniss | 2101 Cedar Springs Rd. Suite1540<br>Dallas, Tx 75201 | Manager | |
| Mary Hatcher | 2102 Cedar Springs, Rd., Suite<br>1540<br>Dallas, Tx 75201 | Manager | |
| Wade N. Barker MD | 3509 Euclid Ave<br>Dallas, TX 75205 | Manager | |

**29.**  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐  No
☑  Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nicholas A. Summerville | 6623 Stefani<br>Dallas, Tx 75225 | Manager | From **4/2012** To **5/2015** |
| Derrick N. Evers | 2201 Bella Lago Dr.<br>Flower Mound, Tx 75022 | Manager | From **4/2012** To **5/2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/25/2016**
           MM / DD / YYYY

X _____       Printed name   **Mary Hatcher, Manager**
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **NRG Austin Dev. LLC, Its General Partn**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

## EXHIBIT 26d

### FPMC Austin Realty Partners LP

MedEquities Realty Trust
One American Center
3100 West End Ave, Suite 1000
Nashville, TN 37203

Surgical Development Partners, LLC
201 Seaboard Lane Suite 100
Franklin, TN 37067

Frost Bank & Trust
100 West Houston Street
San Antonio, TX 78205

FPMC Austin Realty Partners LP's

Toussaint Family Partnership, Ltd.
3712 Euclid Avenue
Dallas, TX 75205
Phone: (214) 219.3747

Dallas Plastic Surgery Institute, Inc.
401(k) Profit Sharing Plan Trust
9101 N. Central Expressway, Suite 600
Dallas, TX 75231

MICON FAMILY, LTD.
2305 Woodway Drive
Round Rock, TX 78681

Mark I. Sherman
800 Shallowater Drive
Allen, TX 75013

Michelle Hudson
6298 Martel Avenue
Dallas, TX 75214

Bryan T. Kansas
8501 Spicewood Mesa Cove
Austin, TX 78759

Jui-Lien Chou Ho
2202 Memphis Avenue #202
Lubbock, TX 79410

Cumulus Investments, LP

1007 W. Bluff Street
Fort Worth, TX 76102


Tim Robins
2304 Woodway Drive
Round Rock, TX 78681

Zen Partners, LLC
700 Mandarin Fly Way #401
Cedar Park, TX 78613


Steve Crawford Wilson
107 Marshall Court
Georgetown, TX 78628

Si Nguyen
1729 Oak Shade Drive
Sugar Land, TX 77479

Equity Trust Company, Custodian
FBO Nathan Breazeale
P.O. Box 2526
Waco, TX 76702-2526

Guees FP, LLC
1750 Red Bud Lane
Round Rock, TX 78664

Lawrence E. Widman
P.O. Box 782071
San Antonio, TX 78278-2071

Randy Lew
4647 Sidonia Court
Fort Worth, TX 76126

Rogers Family Partnership
1530 Forest Lane #D
Garland, TX 75042

Spice 4 Asset Management, Ltd.
5501 Cuesta Verde
Austin, TX 78746

Phillip K. Smith
11743 South Canton Avenue
Tulsa, OK 74137


FMARR Investment Group, LLC

7200 Wyoming Springs #600
Round Rock, TX 78681


Colin Neblett
7033 Cornelia Lane
Dallas, TX 75214

Davinne, Ltd.
16100 S. Great Oaks Drive #103
Round Rock, TX 78681

Anthony Fagan
4315 Potomac
Dallas, TX 75205

Donald P. Atkins
210 E. Sonterra #216
San Antonio, TX 78258

ZGreywind Capital, LLC
3528 Crossbow Drive
Frisco, TX 75033

Karen Wilson
6424 Pemberton Drive
Dallas, TX 75230

Kimberley L. Moore
Separate Property Living Trust
620 Briarridge Road
Southlake, TX 76092

Michael E. Putney
300 Indian Trail
Leander, TX 78641

PE Misc Investments, LP
5950 Berkshire Lane, Suite 400
Dallas, TX 75225

Robert Neblett
6 Beecher Lane
Austin, TX 78746

Sharon Gregorcyk
7416 Kenshire Lane
Dallas, TX 75230

Thomas Paul Winkler Sr.
222 West Muirfield Road

Garland, TX 75044


SKS Group, LLC
7215 Wyoming Springs Drive
Building 3
Round Rock, TX 78681

James S. Golab
5 Cousteau Lane
Austin, TX 78746

Sherry L. Neyman
5 Cousteau Lane
Austin, TX 78746

Bobby Nguyen
8314 Lighthouse Drive
Rowlett, TX 75089

Christopher M. DeBacker
1314 E. Sonterra Boulevard
Suite 5104
San Antonio, TX 78258

Lisa Hansard
200 Westlake Drive
Austin, TX 78746

Mootha Rao
7303 Park Lake Road
Dallas, TX 75230

Quest IRA, Inc.
FBO Brian Jarrett
17171 Park Row Suite 100
Houston, TX 77084

EAGLE84 LLC
3914 Lord Byron Circle
Round Rock, TX 78644

Forest Park Peters Company, LLC
6730 Bradbury Lane
Dallas, TX 75230

Oscar A. Tamez
600 Goodnight Drive
Georgetown, TX 78628

Peters Family Group Management, LLC
6730 Bradbury Lane
Dallas, TX 75230

RBW Family Investments, L.P.
6917 Westcoat Drive
Colleyville, TX 76034

Sanjay K. Sharma
3817 Meandering Creek Cv
Austin, TX 78746

Amaja, LTD.
103 Ringtail Cove
Georgetown, TX 78681

Lee Hansen
216 Windsor Drive
Richardson, TX 75082

Mark Parella
409 Brandon Way
Austin, TX 78733

PARLEEM INVESTMENTS LLC
2347 Palazzo Lane
Allen, TX 75013

RBC Capital Markets, LLC
FBO James R. Hart Sep IRA
Attn: Alt Investments Ops - P09
60 South Sixth Street
Minneapolis, MN 55402

TVKV Investments, Ltd.
310 Lake Cliff Trail
Austin, TX 78746

Serota Family Limited Partnership
5210 Tennington Park
Dallas, TX 75287

AASTI L.P.
2905 Pottery Trail
Corinth, TX 76210

Gerald Q. Greenfield, Jr.
12 Remington Run
San Antonio, TX 78258

Kanaly Trust, LTA Trustee of

the Irwin Schussler IRA Rollover
5555 San Felipe, Suite 200
Houston, TX 77056

KCIROB LLC
12825 Capella Trail
Austin, TX 78732

Paul D. Saadi
5 Winding Lake Drive
Dallas, TX 75230

William G. Herlihy
3501 Stanford
Dallas, TX 75225

Aravind Sankar
2320 Shoalmont Drive
Austin, TX 78756

Adam B. Weinfeld
3013 Sparkling Brook Lane
Austin, TX 78746

Albert E. Amerson III
4206 Lexington Parkway
Colleyville, TX 76034

Ravi K. Mootha MD PA
401(k) Profit Sharing Plan
5427 Bryn Mawr Drive
Dallas, TX 75209

RHL Partners, L.P.
5055 Keller Springs Road
Suite 300
Addison, TX 75001

Ira Lown
3345 Bee Cave Road Suite 101
Austin, TX 78746

Nancy G. Marquez
3106 East Palm Valley Boulevard
Round Rock, TX 78665

RBC Capital Markets, LLC
Cust FBO Anthony J. Fagen Sep IRA
Attn: Alt Investments Ops - P09
60 South Sixth Street
Minneapolis, MN 55402

The Arthur Clay Group LLC
1000 N. Davis Drive Suite B
Arlington, TX 76012

Quest IRA, Inc.
FBO Harry Lake
17171 Park Row Suite 100
Houston, TX 77084

Derrick N. Evers
2201 Bella Lago Drive
Flower Mound, TX 75022

Jefe Plover Interests, Ltd.
3509 Euclid Ave
Dallas, TX 75205

Nicholas Alan Summerville
6623 Stefani Dr
Dallas, TX 75225

CH Realty VI/MO Austin FPMC, L.P.
3819 Maple Avenue
Dallas, TX  75219

Andrew Ebert
4611 Guadalupe Street
Austin, TX 78751

David Dodgin
4313 Rio Robles Drive
Austin, TX 78746

Eric Matthew Heinrich
4101 Rivercrest Dr.
Austin, TX 78746

Stacy Ann Garner
4007 Speedway
Austin, TX 78751

John O'Neill
9804 Inca Lane
Austin, TX 78733

Lee White
6525 Malcolm Dr.
Dallas, TX 75214

Gary Ellis
862 San Jacinto Dr.
Grand Prairie, TX 75052

Neal Richards Group  Austin Development, LLC
3030 Olive Street Suite 220
Dallas, TX 75219