

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 03, 2016.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 16-10020-TMD |
| FPMC AUSTIN REALTY PARTNERS, LP, § | | |
|    Debtor. § | | Chapter 11 Case |

**AGREED ORDER MODIFYING THE AUTOMATIC STAY**

The Court considered the Motion to Modify the Automatic Stay (the "*Motion*") filed by STERIS Corporation ("*STERIS*") seeking that the automatic stay imposed by the bankruptcy filing of FPMC Austin Realty Partners, LP ("*Debtor/Landlord*") be modified to allow STERIS to remove equipment sold by STERIS to Forest Park Medical Center at Austin LLC ("*Tenant*") subject to a security interest, with such equipment specifically identified in the UCC Financing Statement filed with the Texas Secretary of State on October 31, 2014 and attached to this Order as **Exhibit 1**, with some equipment being freestanding and not attached to the premises (the "*Freestanding Equipment*") and the remainder of the equipment being non-freestanding and attached to the premises (the "*Non-Freestanding Equipment*", and together with the Freestanding Equipment referred to as the "*Equipment*"); and after considering the agreement of

the parties and all the pleadings, the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice was sufficient; and (d) good cause exists for granting the relief requested in the Motion; accordingly, it is,

ORDERED that the Motion is GRANTED.

ORDERED that the automatic stay is modified to allow for STERIS to remove the Equipment from the Debtor/Landlord's premises; provided however, that any Non-Freestanding Equipment not be removed until the earlier of: (i) agreement to date by Debtor/Landlord and Frost Bank or (ii) June 30, 2016.

ORDERED that Debtor/Landlord provide access to the premises to STERIS within five business days after request by STERIS to Debtor/Landlord, through its counsel, for removal of the Equipment.

ORDERED that STERIS shall promptly repair, at its sole expense, or reimburse Debtor/Landlord for, any physical damage to Debtor/Landlord premises actually caused by the removal of the Equipment by or through STERIS; provided however, that STERIS shall not be liable for any diminution in value of the premises caused by the absence of the Equipment removed.

ORDERED that nothing herein prevents STERIS from selling the equipment to a third party, including prospective purchasers of Debtor/Landlord's premises.

ORDERED that the 14 day stay of this Order imposed by Fed. R. Bank. P. 4001(a)(3) shall not apply.

###

Agreed to and submitted by:

*Peter C. Ruggero*
Peter C. Ruggero
Texas Bar No. 24044376
Ruggero Law Firm PC
1411 West Avenue, Ste 200
Austin, TX 78701
Telephone: 512.473.8676
Facsimile: 512.852.4407
peter@ruggerolaw.com

COUNSEL FOR STERIS CORPORATION

*Raymond W. Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055
The Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, Texas 78218
Telephone (210) 601-9405
Email: rbattaglialaw@outlook.com

COUNSEL FOR DEBTOR

*Linda S. LaRue*
Linda S. LaRue
Texas Bar No. 24046269
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone (214) 871-2100
Email: llarue@qslwm.com

COUNSEL FOR FROST BANK

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
(800) 826-5256 UCC DIVISION

B. E-MAIL CONTACT AT FILER (optional)
UCC@NCSCREDIT.COM    TX SOS

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
NCS UCC SERVICES GROUP
PO BOX 24101
CLEVELAND, OH 44124
USA
(800) 826-5256

RECEIVED OCT 31 2014 CLK 74

14-0035140997
10/31/2014 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
576405550002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b)...

1a. ORGANIZATION'S NAME: FOREST PARK MEDICAL CENTER AT AUSTIN, LLC

1c. MAILING ADDRESS: 1201 WEST LOUIS HENNA BLVD.
CITY: AUSTIN
STATE: TX
POSTAL CODE: 78728
COUNTRY: USA

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: STERIS CORPORATION

3c. MAILING ADDRESS: 5960 HEISLEY ROAD
CITY: MENTOR
STATE: OH
POSTAL CODE: 44060
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
Customer hereby grants a security interest in all Products, as described on the attached Exhibit "A", to secure Customer's payment in full.

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust ... [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[ ] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [ ] Bailee/Bailor  [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
UCC# U164826 REF# 7454655

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Exhibit "A"

FOREST PARK MEDICAL CENTER AUSTIN LLC
Acct 136758

STERIS Quote No: HGESSIC749459
Date: 13-Aug-2014
Revision No: 3

| Item | Equipment # | Description | Quantity | Unit Discount Price | Extended Discount Price |
|---|---|---|---|---|---|
| 1.0000 | SR2321213011 | STE00027<br>AMSCO 400 26x37.5x60 Prevacuum Single Hinge Recessed, 1-Wall RH Steam 480V<br>• AMSCO® 400 Medium Steam Sterilizers<br>• Prevacuum<br>• RH<br>• Recessed<br>• External Supplied Steam (Facility Steam/Stand-Alone Generator) | 3 | | |
| 1.1000 | AX06602308300000013 | STE00027a<br>ATLAS Transfer Carriage 26x37.5x60" (AMSCO 400) | 3 | | |
| 1.2000 | AX070013081 | STE00027a<br>26X37.5X60 Atlas Loading Car | 3 | | |
| 1.3000 | SE601852 | Install - Medium Sterilizer | 3 | | |
| 1.4000 | SE601322 | Install Loading Cart/Transfer Carriage | 3 | | |
| 1.6000 | SE160252 | Install Proconnect Remote Monitoring | 3 | | |
| | | Subtotal for line 1 | | | |
| 2.0000 | SR0101110311 | STE00028<br>AMSCO 400 16x16x26 Prevacuum Single Sliding Cabinet Electric 480V<br>• AMSCO® 400 Small Steam Sterilizers<br>• 16" x 16" x 26"<br>• Prevacuum<br>• Single Door<br>• Integral Steam Generator | 1 | | |
| 2.1000 | P764329147 | KIT,COMB HOUSE STM/GEN ST | 1 | | |
| 2.2000 | FV010012 | AMSCO 400 SERIES 16x16x26 Spare Shelf | 1 | | |
| 2.3000 | SE011062 | Install Small Electric Sterilizer | 2 | | |
| 2.4000 | SE000008 | Install Cabinet Pkg on the unit | 2 | | |
| 2.5000 | SE000000023 | Billable Specialty Labor | 2 | | |
| 2.5000 | SE6022900024 | Pressure Vessel Insurance Inspection | 2 | | |
| 2.6000 | SE160252 | Install Proconnect Remote Monitoring | 2 | | |
| | | Subtotal for line 2 | | | |

FOREST PARK MEDICAL CENTER AUSTIN LLC
Acct:136758

STERIS Quote No: HGESSIC749459
Date: 13-Aug-2014
Revision No: 3

| Item | Equipment # | Description | Quantity | Unit Discount Price | Extended Discount Price |
|---|---|---|---|---|---|
| 3.0000 | SR0201110011 | AMSCO 400 20x20x38 Prevacuum Single Sliding Cabinet Steam<br>• AMSCO® 400 Small Steam Sterilizers<br>• 20" x 20" x 38"<br>• Prevacuum<br>• Single Door<br>• External Supplied Steam (Facility Steam/Stand-Alone Generator) | 1 | | |
| 3.1000 | FV021011 | AMSCO 400 SERIES 20 x 20 x 38 Rack & Two Shelves, Single Door | 1 | | |
| 3.2000 | SE000008 | Install Cabinet Pkg on the unit | 1 | | |
| 3.3000 | SE160252 | Install Proconnect Remote Monitoring | 1 | | |
| 4.0000 | VP30002101 | STE00034<br>V-PRO MAX Single Door Cabinet 208-230V (English)<br>• V-PRO MAX | 2 | | |
| 4.1000 | SE600962 | V-PRO MAX Installation | 2 | | |
| 4.2000 | SE160252 | Install Proconnect Remote Monitoring | 2 | | |
| | | Subtotal for line 4: | | | |
| 5.0000 | FW05202 | WSH00060<br>Vision 1327 Cart & Utensil washer / Disinfector 460-480V, 60Hz, 2 Reservoir, Vented<br>• VISION<br>• 1327 | 1 | | |
| 5.1000 | FD322 | Container Rack for Vision 1321/1327 Instrument Cycle | 1 | | |
| 5.2000 | FD323 | Utensil Rack | 1 | | |
| 5.3000 | FY030011 | Instrument cycle package – Includes: Instrument rack, instrument cycle option on control, manifold piping, enzymatic pump system, flow meters. | 1 | | |
| 5.4000 | FY030010 | Pure Water Line (Recmd For Inst. Pkg Option) | 1 | | |
| 5.5000 | FD325 | Hepa Filter | 1 | | |
| 5.6000 | AL2003 | PMP00126<br>AL-2000 Chemistry Delivery System - 3 Pump - 110v | 1 | | |
| 5.7000 | SE103042 | Installation AL1000/2000 | 1 | | |
| 5.8000 | SE101372 | Install Vision Cart Washer<br>• VISION | 1 | | |
| 5.9000 | SE160252 | Install Proconnect Remote Monitoring | 1 | | |
| | | Subtotal for line 5: | | | |

Page 13 of 14

FOREST PARK MEDICAL CENTER AUSTIN LLC
Acct 136758

STERIS Quote No: HGESSIC749459
Date: 13-Aug-2014
Revision No: 3

| Item | Equipment # | Description | Quantity | Unit Discount Price | Extended Discount Price |
|---|---|---|---|---|---|
| 6.0000 | FH05042 | WSH00092 Reliance® Vision® Single-Chamber Washer/Disinfector with Steam Heat, 460-480 Volts | 2 | | |
| 6.0100 | FD000034 | NON-VENTED Op for Reliance Vision SC | 2 | | |
| 6.0200 | FD76100 | Condensate Return Cool Down | 2 | | |
| 6.0300 | FD76200 | Drain Discharge Cool Down | 2 | | |
| 6.0400 | FD74800 | 2 LEVEL MANIFOLD RACK | 2 | | |
| 6.0600 | FD74900 | 3 Level Manifold Rack | 2 | | |
| 6.0700 | FD76900 | Flexible Hose for Cannulated Instruments | 2 | | |
| 6.0800 | FD21800 | WSH00092A Transfer Cart (unassembled) • Pharmaceutical Grade Washers • Accessories for Model 450 Washer | 4 | | |
| 6.0900 | T630Q0 | PMP00126 ProHold System - Ergonomic Housing System Designed To Hold All 3 Probystica Ultra Concentrate Chemistries | 2 | | |
| 6.1000 | SE603002 | Install Vision SC, AMSCO 7053L, AMSCO 3052 & 5052 | 2 | | |
| 6.1100 | SE160252 | Install Proconnect Remote Monitoring | 2 | | |
| 6.1200 | SE104052 | Assembly Cost for Transfer Cart | 4 | | |
| 7.0000 | FD24100 | WSH00059 Rack Return for 444/Synergy • Rack Returns | 1 | | |
| 7.1000 | SE101402 | INSTALLATION, RACK RETURN | 1 | | |
| 8.0000 | CRP217LR | CLN00027 Caviwave Pro Ultrasonic Console Cleaner and Dryer w/Left to Right Workflow 17 Gallon 208V/3PH/132Hz • Caviwave® Pro Ultrasonic Cleaning Systems • 17 Gallon • Console • 208V 3-Phase | 1 | | |
| 8.1000 | CRP1717 | Caviwave Pro Da Vinci Instrument Tray with Port Flush Kit | 1 | | |
| 8.2000 | CRP1723 | Caviwave Pro 17 Gallon XI Instrument Tray with Complete Flush Port & Hose Kit | 1 | | |

Page 14 of 24

FOREST PARK MEDICAL CENTER AUSTIN LLC
Acct:136758

STERIS Quote No: HGESSIC749459
Date: 13-Aug-2014
Revision No: 3

| Item | Equipment # | Description | Quantity | Unit Discount Price | Extended Discount Price |
|---|---|---|---|---|---|
| 8.3000 | SE130062 | Install Sonic Console<br>• Console | 1 | | |
| | | Subtotal for line 8 | | | |
| 9.0000 | CG55 | TBL00253<br>Ergostat Prep/Pack Workstation Deluxe Electric | 2 | | |
| 9.1000 | SE115062 | Installation of Standard Ergostat Table | 2 | | |
| | | Subtotal for line 9 | | | |
| 10.0000 | CCPS3112035 | SNK00054(QUANTITY 2) AND SNK00059(QUANTITY 1)<br>120" Triple Bay Stainless Steel Clean-Up Sink | 3 | | |
| 10.1000 | CCPSBS6 | Back splash, 6", for Decontam Sink | 3 | | |
| 10.2000 | SE101432 | Install Clean-Up Counter, Double & Triple (Fixed & Adj) | 3 | | |
| | | Subtotal for line 10 | | | |
| 11.0000 | DJ060124331 | CAB00341<br>Warming Cabinet Dual Compartment with Glass Doors, 24" D<br>with 3 Shelves, Standard Model Featured<br>• 6th Generation Warming Cabinets<br>• Dual Compartment | 13 | | |
| 11.1000 | SE132002 | INSTALL WARMING CABINET | 13 | | |
| 11.2000 | SE601221 | Warranty Performance Check Warming Cabinet | 13 | | |
| 11.3000 | SE000000023 | Billable Specialty Labor | 13 | | |
| | | Subtotal for line 11 | | | |
| 12.0000 | CE1223 | SNK00034<br>Flexmatic Dual Station Stainless Steel Scrub Sink, Manual ON/<br>OFF W/O Digital Timer or Infra-Red Sensor<br>• Two Stations | 11 | | |
| 12.1000 | SE131042 | Install Dual or Triple Scrub Station<br>• Two Stations | 11 | | |
| 12.2000 | SE131091 | Warranty Performance Check Scrub Sink 2 Station Manual | 11 | | |
| | | Subtotal for line 12 | | | |
| 13.0000 | DJ050124132 | CAB00203<br>Warming Cabinet Single Compartment, Glass Doors, 18"D,<br>Standard Model, 120V.<br>• 6th Generation Warming Cabinets<br>• Single Compartment | 2 | | |
| 13.1000 | SE132002 | INSTALL WARMING CABINET | 2 | | |

FOREST PARK MEDICAL CENTER AUSTIN LLC
Acct:136758

STERIS Quote No: HGESSIC749459
Date: 13-Aug-2014
Revision No: 3

| Item | Equipment # | Description | Quantity | Unit Discount Price | Discount Price | Extended Discount Price |
|---|---|---|---|---|---|---|
| 13.2000 | SE601221 | Warranty Performance Check Warming Cabinet | 2 | | | |
| | | Subtotal for line 13 | | | | - |
| 15.0000 | | SHIPPING & HANDLING CHARGES | 1 | | | - |
| Currency: USD | | Quote Total Excluding Taxes | | | | |