IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 16-10020-TMD |
| FPMC AUSTIN REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the matter listed below has been set for hearing on 4/18/16 at 10:30 PM has been **RESET** for hearing on **4/20/2016 at 1:30 p.m. in Courtroom 1** at the United States Bankruptcy Court, Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin, TX, before the Honorable Tony Davis, United States Bankruptcy Judge:

**MOTION FOR ORDER (A) APPROVING SALE PROCEDURES FOR THE SALE OF THE DEBTOR'S PROPERTY AND OTHER ASSETS; (B) SCHEDULING A SALE HEARING; AND (C) GRANTING RELATED RELIEF**

The Court will also hear the following matter on that date and at that time:

**DEBTOR'S APPLICATION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTION 327(e) AND BANKRUPTCY RULE 2014 AUTHORIZING EMPLOYMENT AND RETENTION OF KREAGER MITCHELL, PLLC AS SPECIAL COUNSEL TO THE DEBTOR IN POSSESSION EFFECTIVE AS OF THE APPLICATION DATE**

Respectfully submitted April 13, 2016.

                      THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
                      66 Granburg Circle
                      San Antonio, Texas 78218
                      Telephone (210) 601-9405
                      Email: rbattaglialaw@outlook.com

By: */s/ Raymond W. Battaglia*
Raymond W. Battaglia
Texas Bar No. 01918055

**ATTORNEYS FOR FPMC AUSTIN REALTY PARTNERS, LP**

### CERTIFICATE OF SERVICE

     A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached service list

                      */s/ Raymond W. Battaglia*