Expedited hearing shall be held on 5/13/2016 at 09:00 AM in Austin Courtroom 1. Movant is responsible for notice.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 10, 2016**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 16-10020-TMD |
| FPMC AUSTIN REALTY | § | |
| PARTNERS, LP, | § | CHAPTER 11 PROCEEDING |
| | § | |
| DEBTOR | § | |

ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON THE DEBTOR'S MOTION FOR AN ORDER (I) APPROVING PURCHASE AND SALE AGREEMENT FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS TO ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, (II) AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF

(DOCKET NO. ***)

1

Came on for consideration, the Motion to Expedite Hearing filed by FPMC Austin Realty Partners, LP, the Debtor and Debtor-in-Possession in the above captioned bankruptcy case (the "Case") requesting an expedited hearing on the Motion for Expedited Hearing on the Motion for an Order (I) Approving Purchase and Sale Agreement for Sale of Substantially all of the Debtor's Assets to St. David's Healthcare Partnership, L.P., LLP, (II) Authorizing Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief (Docket No. ***) (the "Motion"). The Court finds that good cause exists to grant the relief requested.

IT IS THEREFORE, ORDERED that the Motion is scheduled for expedited hearing on the date and time listed above.

The moving party is responsible for notice of hearing on expedited matters to interested parties. Movant shall file a certificate of notice listing persons served. The certificate must be filed within 5 days of such service but in no event later than the date and time of the hearing.

###

SUBMITTED FOR ENTRY BY:

LAW OFFICES OF RAY BATTAGLIA, PLLC
Raymond W. Battaglia
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com
Telephone: 210 601-9405

United States Bankruptcy Court
Western District of Texas

In re: Case No. 16-10020-tmd
FPMC Austin Realty Partners, LP Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1    User: miillers    Page 1 of 1    Date Rcvd: May 10, 2016
                        Form ID: pdfintp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2016.
db          #+FPMC Austin Realty Partners, LP,    3030 Olive Street, Suite 220,    Dallas, TX 75219-7639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2016                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2016 at the address(es) listed below:
       Don D. Sunderland    on behalf of Creditor    Amarillo National Bank dsunderl@mhba.com, krobertson@mhba.com
       Eric J. Taube    on behalf of Interested Party    St. David's Healthcare Partnership, L.P. eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
       Francis B Majorie    on behalf of Interested Party    CH Realty VI/MO Austin FPMC, LP fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com
       Kelli S. Norfleet    on behalf of Creditor    Children's Health System of Texas kelli.norfleet@haynesboone.com
       Kelli S. Norfleet    on behalf of Interested Party    Children's Health System of Texas kelli.norfleet@haynesboone.com
       Kelli S. Norfleet    on behalf of Creditor    Ascension Health Texas d/b/a Seton Healthcare Family kelli.norfleet@haynesboone.com
       Kelli S. Norfleet    on behalf of Interested Party    Ascension Health Texas d/b/a Seton Healthcare Family kelli.norfleet@haynesboone.com
       Lee Gordon    on behalf of Creditor    Williamson County, Texas vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
       Linda S. LaRue    on behalf of Creditor    Frost Bank llarue@qslwm.com, jadams@qslwm.com
       Lisa K Shimel    on behalf of Interested Party    Centennial Bank lshimel@bsblawyers.com, kjones@bsblawyers.com
       Marcus A. Helt    on behalf of Creditor    Adolfson & Peterson mhelt@gardere.com, acordero@gardere.com
       Peter C. Ruggero    on behalf of Interested Party    STERIS Corporation peter@ruggerolaw.com
       Raymond W. Battaglia    on behalf of Debtor    FPMC Austin Realty Partners, LP rbattaglialaw@outlook.com
       Timothy Andrew York    on behalf of Creditor    Frost Bank tyork@qslwm.com, nchancellor@qslwm.com
       United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                    TOTAL: 15