IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: May 16, 2016

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FPMC AUSTIN REALTY PARTNERS, LP, | § § § | BANKRUPTCY NO. 16-10020-TMD |
| | § | CHAPTER 11 PROCEEDING |
| DEBTOR | § § | |

CONSENT ORDER APPROVING REJECTION OF UNEXPIRED MEDICAL OFFICE
LEASE AGREEMENT WITH CLINIC 21 COLLIN COUNTY, PLLC
AND RELATED RELIEF

Upon consideration of the *Motion for Entry of Consent Order Approving Rejection Of Unexpired Medical Office Lease Agreement With Clinic 21 Collin County, PLLC and Related Relief* filed by FPMC Austin Realty Partners, LP (the "Debtor"), the debtor and debtor-in-

Page | 1

possession in the above captioned case (the "Motion")[1]; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is fair and reasonable, was proposed in good faith, is in the best interests of the Debtor and its estate and creditors and is within the business judgment of the Debtor; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Clinic 21 MOB Lease shall be and hereby is rejected effective as of the Petition Date; and it is further

ORDERED that FPMC is authorized to enter into and implement the Settlement Agreement and Mutual Release attached as Exhibit B to the Motion, which shall be effective upon this order becoming a final order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

| SUBMITTED FOR ENTRY BY: | CONSENTED TO AND AGREED BY: |
|---|---|
| LAW OFFICES OF RAY BATTAGLIA, PLLC<br>Raymond W. Battaglia<br>66 Granburg Circle<br>San Antonio, Texas 78218<br>Email: rbattaglialaw@outlook.com<br>Telephone: 210 601-9405 | CLINIC 21 COLLIN COUNTY, PLLC<br>By its Counsel<br><br>Jason D. Yost, Associate Counsel<br>4535 Dressler Rd. NW<br>Canton, Ohio 44718 |

---

[1] All capitalized terms not defined in this Order shall be defined as set forth in the Motion.

Page | 2

United States Bankruptcy Court
Western District of Texas

In re:  
FPMC Austin Realty Partners, LP  
    Debtor

Case No. 16-10020-tmd  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: boydl     Page 1 of 1     Date Rcvd: May 16, 2016  
                          Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2016.
       +Jason D Yost,   4535 Dressler Rd NW,   Canton OH 44718-2545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2016 at the address(es) listed below:

         Don D. Sunderland    on behalf of Creditor    Amarillo National Bank dsunderl@mhba.com, krobertson@mhba.com  
         Eric J. Taube    on behalf of Interested Party    St. David's Healthcare Partnership, L.P. eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com  
         Francis B Majorie    on behalf of Interested Party    CH Realty VI/MO Austin FPMC, LP fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com  
         Kelli S. Norfleet    on behalf of Creditor    Children's Health System of Texas kelli.norfleet@haynesboone.com  
         Kelli S. Norfleet    on behalf of Interested Party    Children's Health System of Texas kelli.norfleet@haynesboone.com  
         Kelli S. Norfleet    on behalf of Creditor    Ascension Health Texas d/b/a Seton Healthcare Family kelli.norfleet@haynesboone.com  
         Kelli S. Norfleet    on behalf of Interested Party    Ascension Health Texas d/b/a Seton Healthcare Family kelli.norfleet@haynesboone.com  
         Lee Gordon    on behalf of Creditor    Williamson County, Texas vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com  
         Linda S. LaRue    on behalf of Creditor    Frost Bank llarue@qslwm.com, jadams@qslwm.com  
         Lisa K Shimel    on behalf of Interested Party    Centennial Bank lshimel@bsblawyers.com, kjones@bsblawyers.com  
         Marcus A. Helt    on behalf of Creditor    Adolfson & Peterson mhelt@gardere.com, acordero@gardere.com  
         Peter C. Ruggero    on behalf of Interested Party    STERIS Corporation peter@ruggerolaw.com  
         Raymond W. Battaglia    on behalf of Debtor    FPMC Austin Realty Partners, LP rbattaglialaw@outlook.com  
         Timothy Andrew York    on behalf of Creditor    Frost Bank tyork@qslwm.com, nchancellor@qslwm.com  
         United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov  
                                                                                      TOTAL: 15