**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 02, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Austin Division

IN RE: **FPMC Austin Realty Partners, LP**, Debtor(s)

Case No.: 16–10020–tmd

Chapter No.: 11

### *ORDER DISMISSING PLEADING FOR LACK OF COMPLIANCE WITH LOCAL RULES FOR FORMAT OF PLEADINGS*

CAME ON for consideration the following pleading:

Motion For Admission Pro Hac Vice Filed by Francis B. Marjorie Doc#149

Upon consideration thereof, the court notes that the pleading is deficient in the following respects:

☐ The pleading does not include the signer's mailing address, telephone number and area code.

☐ The filing is not accompanied by the requisite form of notice.

☐ The pleading lacks the appropriate certificate of service.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 9014(a) revised 11/1/2013.

☐ The filing states an incorrect time for notice to file objections, see BK Local Rule 4001(a)(2) regarding motions for relief from stay as revised 11/1/2013.

☐ The pleading lacks the appropriate certificate of conference pursuant to Rules 9014(e) and 9014(f).

☐ The pleading lacks the proposed form of order attached as an exhibit to the motion, see L. Rule 9013 (b) revised 11/1/2013.

☑ The pleading lacks the separately uploaded proposed order, see L. Rule 9013 (b) revised 11/1/2013.

☐ The filing does not comply with the Official Bankruptcy Forms changes effective December 1, 2015. The new forms and conversion charts may be viewed at: TXWB web site .

☐ Other(describe):

The court concludes that the pleading should be dismissed without prejudice to its refiling. So **ORDERED**.

###