# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 16–10020–tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **FPMC Austin Realty Partners, LP**,
Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **12/20/18** was filed on **1/1/19**. The following deadlines apply:

The parties have until **January 8, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **January 22, 2019**.

If a request for redaction is filed, the redacted transcript is due **February 1, 2019**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **April 1, 2019** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc. 361–949–2988**, or you may view the document at the clerk's office public terminal.

Dated:  1/2/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court
BY: Laurie Boyd

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]