

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: October 11, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FPMC AUSTIN REALTY PARTNERS, LP, | § § § § | CASE NO. 16-10020-TMD (Chapter 11) |
| Debtor. | § § | |
| HOWARD MARC SPECTOR, AS RECEIVER OF NEAL RICHARDS GROUP AUSTIN DEVELOPMENT, LLC, | § § § § § | **CONTESTED MATTER** MOTION FOR ORDER TO SHOW CAUSE (DOC. NO. 311) |
| Movant, | § § | |
| VS. | § § | |
| gLENDONTODD CAPITAL, LLC AND TODD FURNISS, | § § § § | |
| Respondents. | § | |

# ORDER GRANTING MOTION TO RECONSIDER ORDER RULING AND ABATING IN PART SHOW CAUSE PROCEEDING
# [RELATED TO D.E. #413]

Before the Court is gLENDONTODD CAPITAL LLC ("**GTC**") and TODD FURNISS' *Motion to Reconsider Order Ruling and Abating in Part Show Cause Order* (D.E. #413) (the "**Motion**"). Having considered the Motion and any support therefore or opposition thereto, the Court is of the opinion that the Order should be granted.

Accordingly, it is ORDERED as follows:

1. The motion is GRANTED.

2. The Court's *Order Ruling and Abating in Part Show Cause Order* (D.E. #413) is hereby set aside as set forth in the Motion.

### # # # END OF ORDER # # #

Submitted by:
Charles R. Gibbs
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3750
Dallas, TX 75201-7301
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: charles.gibbs@kattenlaw.com

MOOT