

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: October 11, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | Chapter 11 |
| § | |
| FPMC AUSTIN REALTY § | CASE NO. 16-10020-TMD |
| PARTNERS, LP, § | |
| § | |
| Debtor. § | |

### ORDER GRANTING REQUEST FOR PAYMENT
### OF ATTORNEYS' FEES AND COSTS

Came on for consideration the Request for Payment of Attorneys' Fees and Cost (the "Motion") filed by Howard Spector, Receiver of Neal Richards Group Austin Development, LLC, the general partner of Reorganized Debtor FPMC Austin Realty Partners, LP (the "Receiver"). After considering the Motion, any responses or objections to the Motion, and the Court's prior rulings, the Court finds that the fees and expenses requested by the Receiver were necessary and reasonable and the Motion should be GRANTED.

{01462/0001/00236136.1}

Accordingly, IT IS THEREFORE ORDERED that Todd Furniss and glendonTodd Capital LLC pay the Receiver's attorneys' fees and costs in the amount of $83,520.28 on or before September 21, 2019.

###

ORDER SUBMITTED BY:
Rhonda B. Mates
State Bar No. 24040491
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 South Mopac Expressway., Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
mates@slollp.com

ATTORNEYS FOR
HOWARD MARC SPECTOR,
RECEIVER FOR FPMC AUSTIN REALTY
PARTNERS, LP AND NEAL RICHARDS GROUP, LLC

