**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 11, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 16-10020-TMD |
| FPMC AUSTIN REALTY PARTNERS, LP, | § § § § | (Chapter 11) |
| Debtor. | § | |

**ORDER GRANTING AGREED EXPEDITED MOTION TO (I) VACATE ORDER AND (II) CLOSE THE CASE**

The Court, having considered the *Agreed Emergency Motion to (i) Abate Order Ruling and Abating in Part Show Cause Proceeding and (ii) Close the Case* (the "**Motion**");[1] and having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual grounds set forth in the Motion, and the record of proceedings in this matter, establish just cause for the relief granted herein; among other reasons, the Third Show Cause Order has no precedential value and the settlement is conditioned upon vacatur, and any objections to the relief sought herein having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor:

**IT IS ORDERED** that, upon satisfaction of the Conditions Precedent set forth in the Global Settlement, the Motion is granted in its entirety;

**IT IS FURTHER ORDERED** that, upon satisfaction of the Conditions Precedent set forth in the Global Settlement, the obligations of the parties under the Third Show Cause Order have been subsumed by the Global Settlement and so the Third Show Cause Order should be vacated in its entirety and that neither Party shall have any obligations thereunder;

**IT IS FURTHER ORDERED** that, the Case is hereby closed, but may be reopened by motion if the Conditions Precedent set forth in the Global Settlement are not satisfied;

**IT IS FURTHER ORDERED** that if the Conditions Precedent set forth in Global Settlement are not timely satisfied, this Order shall be void and shall have no further effect.

**IT IS FURTHER ORDERED** that this Court shall have jurisdiction over any and all disputes arising under this Order.

# # #