**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

Dated: October 11, 2019

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| IN RE: | § Chapter 11 |
| | § |
| FPMC AUSTIN REALTY PARTNERS, LP, | § CASE NO. 16-10020-TMD |
| | § |
| Debtor. | § |

### ORDER GRANTING REQUEST FOR PAYMENT OF ATTORNEYS' FEES AND COSTS

Came on for consideration the Request for Payment of Attorneys' Fees and Cost (the "Motion") filed by Howard Spector, Receiver of Neal Richards Group Austin Development, LLC, the general partner of Reorganized Debtor FPMC Austin Realty Partners, LP (the "Receiver"). After considering the Motion, any responses or objections to the Motion, and the Court's prior rulings, the Court finds that the fees and expenses requested by the Receiver were necessary and reasonable and the Motion should be GRANTED.

{01462/0001/00236136.1}

Accordingly, IT IS THEREFORE ORDERED that Todd Furniss and glendonTodd Capital LLC pay the Receiver's attorneys' fees and costs in the amount of $83,520.28 on or before September 21, 2019.

###

ORDER SUBMITTED BY:
Rhonda B. Mates
State Bar No. 24040491
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 South Mopac Expressway., Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
mates@slollp.com

ATTORNEYS FOR
HOWARD MARC SPECTOR,
RECEIVER FOR FPMC AUSTIN REALTY
PARTNERS, LP AND NEAL RICHARDS GROUP, LLC



```
                                United States Bankruptcy Court
                                  Western District of Texas
In re:                                                                        Case No. 16-10020-tmd
FPMC Austin Realty Partners, LP                                               Chapter 11
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0542-1           User: wallacea              Page 1 of 3                Date Rcvd: Oct 11, 2019
                               Form ID: pdfintp            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             #+FPMC Austin Realty Partners, LP,    3030 Olive Street, Suite 220,    Dallas, TX 75219-7639
aty             +John C. Tishler,    Waller Lansden Dortch & Davis, LLP,    511 Union Street, Ste 2700,
                  Nashville, TN 37219-1791
aty              Rhonda Bear Mates,    Streusand Landon Ozburn Lemmon LLP,    1801 S. Mopac Expressway,
                  Suite 320,    Austin, TX 78746
aty             +Tyler N. Layne,    Waller Lansden Dortch & Davis, LLP,    511 Union Street, Ste 2700,
                  Nashville, TN 37219-1791
aty             +Veronica Cruz,    Haynes and Boone, LLP,    1221 McKinney Street,    Houston, TX 77010-2011
cr               Amarillo National Bank,    Mullin Hoard & Brown,   C/O Don D. Sunderland,   P. O. Box 31656,
                  Amarillo, TX 79120-1656
intp            +CH Realty VI/MO Austin FPMC, LP,    3819 Maple Avenue,   Dallas, TX 75219-3913
intp            +Cherry Bekaert LLP,    200 South 10th Street,   Suite 900,   Richmond, VA 23219-4064
intp            +K&L Gates LLP,    c/o david Weitman,    1717 Main St #2800,   Dallas, TX 75201-7342
intp            +Kreager Mitchell, PLLC,    Kreager Mitchel PLLC,    7373 Broadway, Suite 500,
                  San Antonio, TX 78209-3269
intp            +Todd Furniss,    c/o Bruce W. Akerly,   Malone Akerly Martin PLLC,    8750 N. Central Expressway,
                  Suite 1850,    Dallas, TX 75231-6454
cr              +Williamson County, Texas,    c/o Lee Gordon,   P.O. Box 1269,    Round Rock, TX 78680-1269
intp            +gLendontodd Capital LLC,    c/o Bruce W. Akerly,    Malone Akerly Martin PLLC,
                  8750 N. Central Expressway,    Suite 1850,    Dallas, TX 75231-6454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp            +E-mail/Text: jmims@iq7technology.com Oct 12 2019 00:20:33       Jeffrey H. Mims,
                  Founders Square, Suite 570,    900 Jackson Street,    Dallas, TX 75202-4404
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+Adolfson & Peterson,   c/o Gardere Wynne Sewell,    3000 Thanksgiving Tower,   1601 Elm Street,
                  Kaufman, TX 75201-4757
                                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
```
              Brian Talbot Cumings     on behalf of Interested Party    TVKV Investments bcumings@gdhm.com,
                ctrickey@gdhm.com
              Brian Talbot Cumings     on behalf of Interested Party    Spice 4 Management, Ltd bcumings@gdhm.com,
                ctrickey@gdhm.com
              Brian Talbot Cumings     on behalf of Interested Party Lisa   Hansard bcumings@gdhm.com,
                ctrickey@gdhm.com
              Brian Talbot Cumings     on behalf of Interested Party    Dallas Plastic Surgery Institute
                bcumings@gdhm.com,    ctrickey@gdhm.com
              Brian Talbot Cumings     on behalf of Interested Party Bryan   Kansas bcumings@gdhm.com,
                ctrickey@gdhm.com
```

```
District/off: 0542-1                  User: wallacea                 Page 2 of 3                  Date Rcvd: Oct 11, 2019
                                      Form ID: pdfintp               Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian Talbot Cumings    on behalf of Interested Party    FMARR Investment Group, LLC bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Eric   Heinrich bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Michael   Putney bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party    Amaja, Ltd. bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Mark   Perella bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Oscar   Tamez bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Sherry   Neyman bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party James   Golab bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Steve   Wilson bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Ira   Lown bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party    Peters Group Family Management bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Aravind   Sankar bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Attorney    Graves Dougherty Hearon and Moody P.C. bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Michelle   Hudson bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party    The Arthur Clay Group, LLC bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Mark   Sherman bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party David   Dodgin bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party    Serota Limited Family Partnership bcumings@gdhm.com, ctrickey@gdhm.com
        Brian Talbot Cumings    on behalf of Interested Party Nancy   Marquez bcumings@gdhm.com, ctrickey@gdhm.com
        Bruce W. Akerly    on behalf of Debtor    FPMC Austin Realty Partners, LP bakerly@akerlylaw.com, Lawclerk@akerlylaw.com;mgorman@akerlylaw.com
        Bruce W. Akerly    on behalf of Interested Party Todd   Furniss bakerly@akerlylaw.com, Lawclerk@akerlylaw.com;mgorman@akerlylaw.com
        Bruce W. Akerly    on behalf of Interested Party    gLendontodd Capital LLC bakerly@akerlylaw.com, Lawclerk@akerlylaw.com;mgorman@akerlylaw.com
        Charles R. Gibbs    on behalf of Interested Party Todd   Furniss Charles.gibbs@kattenlaw.com, casey.stuckey@kattenlaw.com;ecf.lax.docket@kattenlaw.com;karen.lahrman@kattenlaw.com;nicole.nowacki@kattenlaw.com
        Charles R. Gibbs    on behalf of Interested Party    gLendontodd Capital LLC Charles.gibbs@kattenlaw.com, casey.stuckey@kattenlaw.com;ecf.lax.docket@kattenlaw.com;karen.lahrman@kattenlaw.com;nicole.nowacki@kattenlaw.com
        David   Weitman    on behalf of Interested Party    K&L Gates LLP david.weitman@klgates.com, greg.sapire@klgates.com
        Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12 deborah.a.bynum@usdoj.gov
        Don D. Sunderland    on behalf of Creditor    Amarillo National Bank dsunderl@mhba.com, krobertson@mhba.com
        Duston K. McFaul    on behalf of Creditor    Sidley Austin LLP dmcfaul@sidley.com, txefilingnotice@sidley.com
        Edwin Paul Keiffer    on behalf of Creditor Wade   Barker pkeiffer@romclaw.com, bwallace@romclaw.com
        Eric C. Seitz    on behalf of Interested Party Todd   Furniss eseitz@kattenlaw.com, ecf.lax.docket@kattenlaw.com;karen.lahrman@kattenlaw.com;casey.stuckey@kattenlaw.com;Charles.gibbs@kattenlaw.com;casey.stuckey@kattenlaw.com;nicole.nowacki@kattenlaw.com
        Eric C. Seitz    on behalf of Interested Party    gLendontodd Capital LLC eseitz@kattenlaw.com, ecf.lax.docket@kattenlaw.com;karen.lahrman@kattenlaw.com;casey.stuckey@kattenlaw.com;Charles.gibbs@kattenlaw.com;casey.stuckey@kattenlaw.com;nicole.nowacki@kattenlaw.com
        Eric J. Taube    on behalf of Interested Party    St. David's Healthcare Partnership, L.P. eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
        Francis B Majorie    on behalf of Interested Party    CH Realty VI/MO Austin FPMC, LP fbmajorie@themajoriefirm.com, ECFNoticesTheMajorieFirm@gmail.com
        Howard Marc Spector    on behalf of Interested Party Howard Marc Spector hspector@spectorjohnson.com, sshank@spectorjohnson.com;ahawkins@spectorjohnson.com
        J. Mark Chevallier    on behalf of Interested Party    Texas Capital Bank, N.A. mchevallier@mcslaw.com
        Jacob B. Kring    on behalf of Interested Party Steve   Wilson Jacob@HedrickKring.com, Mckenzie@HedrickKring.com

```
District/off: 0542-1           User: wallacea              Page 3 of 3                  Date Rcvd: Oct 11, 2019
                               Form ID: pdfintp            Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jacob B. Kring    on behalf of Interested Party   Peters Group Family Management
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Mark  Sherman Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   Dallas Plastic Surgery Institute
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Michael  Putney Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party David  Dodgin Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party James  Golab Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Sherry  Neyman Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Ira  Lown Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   Spice 4 Management, Ltd Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Bryan  Kansas Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Eric  Heinrich Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Mark  Perella Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Nancy  Marquez Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Michelle  Hudson Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   The Arthur Clay Group, LLC
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   Serota Limited Family Partnership
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   FMARR Investment Group, LLC
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Lisa  Hansard Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Aravind  Sankar Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party Oscar  Tamez Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   CH Realty VI/MO Austin FPMC, LP
               Jacob@HedrickKring.com, Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   TVKV Investments Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Jacob B. Kring    on behalf of Interested Party   Amaja, Ltd. Jacob@HedrickKring.com,
               Mckenzie@HedrickKring.com
              Joel B. Bailey    on behalf of Interested Party   Neal Richards Group, LLC Joel@HedrickKring.com,
               Josh@HedrickKring.com
              Kelli S. Norfleet    on behalf of Interested Party   Ascension Health Texas d/b/a Seton Healthcare
               Family kelli.norfleet@haynesboone.com
              Kelli S. Norfleet    on behalf of Creditor   Children's Health System of Texas
               kelli.norfleet@haynesboone.com
              Kelli S. Norfleet    on behalf of Interested Party   Children's Health System of Texas
               kelli.norfleet@haynesboone.com
              Kelli S. Norfleet    on behalf of Creditor   Ascension Health Texas d/b/a Seton Healthcare Family
               kelli.norfleet@haynesboone.com
              Lee Gordon    on behalf of Creditor   Williamson County, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;cary.cain@mvbalaw.com;bankruptcy@mvbalaw.com;tleday@e
               cf.courtdrive.com
              Linda S. LaRue    on behalf of Creditor   Frost Bank llarue@qslwm.com, jadams@qslwm.com
              Lisa K Shimel    on behalf of Interested Party   Centennial Bank lshimel@bsblawyers.com,
               kjones@bsblawyers.com
              Marcus A. Helt    on behalf of Creditor   Adolfson & Peterson mhelt@foley.com, acordero@foley.com
              Peter C. Ruggero    on behalf of Interested Party   STERIS Corporation peter@ruggerolaw.com
              Raymond W. Battaglia    on behalf of Debtor   FPMC Austin Realty Partners, LP
               rbattaglialaw@outlook.com
              Raymond W. Battaglia    on behalf of Interested Party   Kreager Mitchell, PLLC
               rbattaglialaw@outlook.com
              Stephen Wayne Lemmon    on behalf of Debtor   FPMC Austin Realty Partners, LP lemmon@slollp.com,
               mates@slollp.com
              Steven T. Holmes    on behalf of Interested Party Jeffrey H. Mims sholmes@chfirm.com
              Timothy Andrew York    on behalf of Creditor   Frost Bank tyork@qslwm.com, nchancellor@qslwm.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 80
```